UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LUIS LOPEZ,

    Plaintiff(s),

v.

JS LANDSCAPING SERVICES,
LLC, *et al*

    Defendant(s).

Civil Action No.: 2:23-1930

**ORDER FOR DISMISSAL**

It appearing in the above captioned action that the plaintiff has failed to move this action by requesting that default and default judgment be entered against defendants within the time frame established by this Court;

**It is on this 7TH day of JUNE, 2023,**

**ORDERED** that this action is hereby dismissed as to defendants, JS LANDSCAPING SERVICES, LLC, JORGE SANCHEZ SILVA AND ANABEL ORTIZ PEREZ, without prejudice for failure to comply with the court's order of May 23, 2023.

                                      BRIAN R. MARTINOTTI, U.S.D.J.